Paul D. Powell (7488)
Tom W. Stewart (14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | tom@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Defendant Imad Helou

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KEY INSURANCE COMPANY,

Plaintiff,

vs.

JOSHUA COOK, an individual; SHANTE TAYLOR, an individual; IMAD HELOU, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No. 2:23-cv-01683-JAD-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

ECF No. 24

The parties stipulate that the deadline to reply to plaintiff's response to motion to dismiss or alternatively, for summary judgment is continued from December 6, 2023 to December 13, 2023.

**IT IS SO STIPULATED.**

Dated December 6, 2023.

**THE POWELL LAW FIRM**

By: /s/ Tom W. Stewart
Paul D. Powell (7488)
Tom W. Stewart (14280)
Attorneys for Defendant

Dated December 6, 2023.

**KEATING LAW GROUP**

By: /s/ Kegan a. McMullan
John T. Keating (6373)
Kegan A. McMullan (16278)
Attorneys for Plaintiff

**ORDER**

Based on the parties' stipulation [ECF No. 24] and with good cause appearing, **IT IS ORDERED** that the reply deadline is extended from December 6, 2023, to December 13, 2023, making the December 13, 2023, reply brief [ECF No. 25] timely.

UNITED STATES DISTRICT JUDGE
December 20, 2023, nunc pro tunc to December 6, 2023